■ JESSE WACHTEL, Appellant, v COOPERS & LYBRAND, Respondent. [642 NYS2d 516] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered April 27, 1995, unanimously affirmed for the reasons stated by Gammerman, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Rosenberger, Nardelli and Tom, JJ.